AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

STEVEN ORR

       Petitioner,            JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: **3:12-cv-00436-RCJ-VPC**

ROBERT LEGRAND, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** as a successive petition.

    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

    October 19, 2012                                          **LANCE S. WILSON**
                                                                                                      Clerk

                                                                                                         /s/ H. Jordan
                                                                                                        Deputy Clerk