# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN ORR,

    Petitioner,

vs.

ROBERT LEGRAND, et.al.,

    Respondents.

3:12-cv-00436-RCJ-VPC

**ORDER**

This closed case is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 19, 2012, this Court entered an order denying the habeas petition as successive and denying a certificate of appealability. (ECF No. 3). Judgment was entered the same date. (ECF No. 4). Pending before this Court are petitioner's motion to proceed *in forma pauperis* on appeal and petitioner's motion for a certificate of appealability. (ECF Nos. 5 & 6).

Based on the information in petitioner's application to proceed *in forma pauperis* on appeal, the application is granted. Petitioner will not be required to prepay any portion of the $455.00 filing fee for his appeal.

Petitioner's motion for a certificate of appealability is denied. The Court previously denied petitioner a certificate of appealability by order filed October 19, 2012. (ECF No. 3)

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* on appeal (ECF No. 5) is **GRANTED**. Petitioner shall not be required to make any prepayment of the filing fee for his appeal.

1  **IT IS FURTHER ORDERED** that petitioner's motion for a certificate o0f appealability
2  (ECF No. 6) is **DENIED**.

Dated this 15th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE